UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Chao-Cheng Teng

     v.                                                                               Case No. 1:11-fp-281

Shore Club Hotel Condominiums, et al


### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     The Exhibit #5 attached to [1] Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in that exhibit.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit 5 attached to [1] Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                                              /s/ Landya B. McCafferty
                                                              Landya B. McCafferty
                                                              United States Magistrate Judge


Date:  June 7, 2011


cc:     Chao-Cheng Teng, pro se