UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Chao-Cheng Teng</u>

            v.                                             Civil No. 11-cv-281-JL

<u>Shore Club Hotel Condominiums et al</u>

**<u>CLERK'S ORDER</u>**
**<u>re: Service as to Shore Club Hotel Condiminiums,</u>**
**<u>Weichert Realtors-Yankee Trader</u>**
**<u>and Kara Schaake</u>**

      The Court is not satisfied that proper service was effectuated and proper documentation filed as to the above named parties, Shore Club Hotel Condiminiums, Weichert Realtors-Yankee Trader and Kara Schaake. See Fed. R. Civ. P. 4(h)(1).    Plaintiff is ordered to obtain and submit within 20 days, proper completed service documents and either a signed affidavit or other pleading showing that Kathy MacGregor is "designated by law to accept service" on behalf of these defendants or other proof of proper service   Plaintiff should also be aware of the provision in Fed. R. Civ. P. 4(m) regarding service, or lack thereof, upon these defendant.

      SO ORDERED.


December 20, 2011                            */s/ James R. Starr*
                                                  James R. Starr
                                                  Clerk

cc:
    Chao-Cheng Teng, Pro se
    Kathy MacGregor, Pro se
    John G. Cronin, Esq.
    Peter G. Callaghan, Esq.