UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Chao-Cheng Teng</u>

        v.                 Civil No. 11-cv-281-JL

<u>Shore Club Hotel Condominiums et al</u>

### ORDER OF DISMISSAL
### as to Shore Club Hotel Condiminiums, Weichert Realtors-Yankee Trader and Kara Schaake

The Plaintiff in this matter has failed to comply with the Court's Order of December 20, 2011 in which the court was not satisfied that proper service was effectuated as to the above named parties, Shore Club Hotel Condiminiums, Weichert Realtors-Yankee Trader and Kara Schaake. See Fed. R. Civ. P. 4(h)(1) . No motion to extend time or further service documents have been provided to the court.   Therefore, the above named parties are herewith dismissed without prejudice for plaintiff's failure to comply.   This case will proceed however, as to the remaining defendants.

SO ORDERED.

February 2, 2012                        _____

                                             Joseph N. Laplante
                                             Chief Judge

cc:    Chao-Cheng Teng, Pro se
       Kathy MacGregor, Pro se
       John G. Cronin, Esq.
       Peter G. Callaghan, Esq.